JOHNSON v. COMMONWEALTH.

(Decided October 13, 1931.)

B. M. VINCENT for movant.

J. W. CAMMACK, Attorney General (A. M. SAMUELS of counsel), for Commonwealth.

PER CURIAM. Judgment of conviction for violation of the prohibition law, imposing a fine of $100 and 30 days in jail.

Appeal denied; judgment affirmed.


MOUTARDIER v. COMMONWEALTH.

(Decided October 16, 1931.)

R. H. CANNON for movant.

J. W. CAMMACK, Attorney General, for Commonwealth.

PER CURIAM. Judgment of conviction for violation of the prohibition law, imposing a fine of $100 and 30 days in jail.

Appeal denied; judgment affirmed.


SHILLING v. COMMONWEALTH.

(Decided October 16, 1931.)

WAUGH & HOWERTON and JOHN W. McKENZIE for movant.

J. W. CAMMACK, Attorney General, and JAMES M. GILBERT, Assistant Attorney General, for Commonwealth.

PER CURIAM. Judgment of conviction for operating a handbook, imposing a fine of $1,000 and 6 months in jail.

Appeal denied; judgment affirmed.